Dennis Winters  CA Bar #89872
**Winters Law Firm**
23046 Avenida de la Carlota
Suite #600
Laguna Hills, CA 92653
Telephone: (714) 836-1381
Email: winterslawfirm@cs.com
Counsel for American Express National Bank

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re<br>PARSA NAMAZI *aw* SBD,<br><br>　　　　　DEBTOR.<br>_____<br>AMERICAN EXPRESS NATIONAL BANK,<br><br>　　　　　PLAINTIFF,<br><br>　　v.<br><br>PARSA NAMAZI *aw* SBD,<br><br>　　　　　DEFENDANT.<br>_____ | CASE NO. 1:23-bk-10680-VK<br><br>CHAPTER 7<br><br>HON. VICTORIA S. KAUFMAN<br><br>ADV. NO.<br><br><br>**COMPLAINT OBJECTING TO THE<br>DISCHARGEABILITY OF DEBT UNDER<br>11 U.S.C.§§ 523(a)(2)(A) AND 523(a)(14A)** |

　　　American Express National Bank ("American Express" or "the Plaintiff"), by and through its

undersigned counsel, hereby represents as follows:

　　　1.　　　The Court has jurisdiction to hear this Complaint pursuant to 28 U.S.C. 157(a), (b)(1),

(b)(2)(I) (core proceeding), 1334(b) and 11 U.S.C. 523(c).

　　　2.　　　In accordance with Fed. R. Bankr. P. 7008, American Express consents to the entry of

final orders and judgments by this Court.

3.      On May 17, 2023 the Defendant, Parsa Namazi *aw* SBD ("the Defendant") filed a

Chapter 7 petition, commencing the above case.

4.      American Express is the holder of a claim against the above-captioned Defendant arising

from card account number ****-******-*7002 ("the Account").

5.      The Account was opened by the Defendant on or around December 17, 2012. The

Defendant provided "Gray Element" as the name of the business for the Account.

6.      The balance on the Account as of the date of the filing of the Chapter 7 petition was

$21,169.23.

7.      The terms and conditions of the Account Agreement between the Defendant and

American Express calls for the payment of all costs, including reasonable attorneys' fees, expended by

American Express in the collection of the Account, which is hereby requested in the following counts.

### **<u>FIRST COUNT</u>**

8.      Paragraphs 1 through 7 are hereby repeated and incorporated.

9.      On July 29, 2022, the Defendant made one (1) charge in the amount of $14,696.08 to

CITY OF JACKSON and one (1) charge in the amount of $440.88 for a related service fee.  Together,

these charges total $15,136.96.

10.     Attached hereto as Exhibit "A" is the relevant portion of the account statements which

reflect the account activity on the Account as alleged in this Complaint.

11.     American Express asserts that the charges referenced in Paragraph 9 were incurred to pay

a tax to a governmental unit, other than United States, that would be nondischargeable pursuant to 11

U.S.C. §523(a)(1).

12.     Pursuant to 11 U.S.C.  § 523(a)(14A), the charges referenced in Paragraph 9 are excepted

from discharge.

13.     Prior to incurring the transactions referenced in Paragraph 9, the Account had a balance of $1,998.81 which was paid down to $1,498.81.

14.     The terms and conditions of the Account Agreement between the Defendant and American Express call for minimum payment of the charges due on the Account upon receipt of the monthly billing statement.

15.     There was one (1) payment submitted in the amount of $657.00 on the Account on September 2, 2022.

16.     Payments are applied in accordance with the terms and conditions of the Account Agreement.

17.     American Express has sustained loss and damage in the amount of $15,136.96 on the Account regarding the tax charges.

18.     For the foregoing reasons, a portion of the balance of the Account in the amount of $15,136.96 is nondischargeable pursuant to 11 U.S.C. §523(a)(14A).

## SECOND COUNT

19.     Paragraphs 1 through 18 are hereby repeated and incorporated.

20.     Between July 29, 2022 and August 1, 2022, the Defendant used the Account in five (5) transactions totaling $18,274.75 for the purchase of goods and services.

21.     As noted above, two (2) charges totaling $15,136.96 were incurred at CITY OF JACKSON for a tax payment and a related service fee in Jackson, MI.

22.     One (1) charge in the amount of $2,939.64 incurred at A1 AUTO MECHANICS AND SM in Costa Mesa, CA.

23.     Attached hereto as Exhibit "A" is the relevant portion of the account statements which reflect the account activity on the Account as alleged in this Complaint.

24.    Prior to incurring the transactions referenced in Paragraph 20, the Account had a balance of $1,998.81 which was paid down to $1,498.81.

25.    The terms and conditions of the Account Agreement between the Defendant and American Express call for minimum payment of the charges due on the Account upon receipt of the monthly billing statement.

26.    There was one (1) payment submitted in the amount of $657.00 on the Account on September 2, 2022.

27.    Payments are applied in accordance with the terms and conditions of the Account Agreement.

28.    Each and every time the Defendant incurred a charge or transaction on the Account, he was making an implied representation to American Express of his intent to repay the debt pursuant to the terms of the Account Agreement.

29.    However, American Express avers that the Defendant obtained the goods and services on the Account through representations which he either knew were false or which were made with such reckless disregard for the truth as to constitute willful misrepresentation.

30.    When the Defendant obtained goods and services as identified on Exhibit "A," he knew or reasonably should have known of his inability to repay the debt such that he was aware of the falsity of his representations to American Express.

31.    According to the Amended Schedule F of the Defendant's bankruptcy petition, he has $139,221.21 in unsecured, nonpriority debt, of which, $111,296.21 appears to be credit/charge card or line of credit debt.

32.    According to the Amended Schedule I of the Defendant's bankruptcy petition, his current monthly net income totals $6,223.17.

33.    According to the Amended Schedule J of the Defendant's bankruptcy petition, his current monthly expenses total $6,853.86; this figure does not include payment on any credit/charge card debt.

34.    American Express asserts that, at the time the Defendant incurred the charges on the Account, he did not intend to honor his obligation to American Express to satisfy the Account.

35.    The Defendant has a certain level of financial sophistication as evidenced by the fact that he pays a mortgage, owns a business, pays for utilities, pays for a vehicle and vehicle insurance, pays for health insurance and has maintained and used multiple credit/charge card accounts.

36.    The Defendant used the Account for multiple charges on two (2) separate days.

37.    The card activity at issue represents a sudden change in the Defendant's spending habits and is inconsistent with previous use of the Account.

38.    Based on the totality of the circumstances, American Express avers that the Defendant incurred a portion of the balance of the Account in the amount of $17,617.75 without the intent to repay it.

39.    A portion of the balance of the Account in the amount of $17,617.75 was incurred by the Defendant with knowledge of his inability to repay it.

40.    The Defendant made the misrepresentations with the intention and purpose of deceiving American Express so that American Express would extend credit.

41.    At the time of posting the above-referenced charges to the Account, the Defendant was a cardmember in good standing, and had a credit history with American Express, such that, American Express justifiably relied on the Defendant's misrepresentations as to his intent to repay them.

42.    As the proximate result of extending credit based on the Defendant's misrepresentations, American Express has sustained loss and damage in the amount of $17,617.75 on the Account.

43.    A portion of the balance of the Account in the amount of $17,617.75 was obtained

through false pretenses, a false representation, or actual fraud by the Defendant.

44.    For the foregoing reasons, a portion of the balance of the Account in the amount of

$17,617.75 is nondischargeable pursuant to 11 U.S.C. §523(a)(2)(A).

WHEREFORE, Plaintiff, American Express National Bank, prays this Honorable Court for a

nondischargeable judgment pursuant to 11 U.S.C. §§ 523(a)(14A) and 523(a)(2)(A) against Defendant,

Parsa Namazi *aw* SBD, in the total amount of $17,617.75, plus reasonable attorneys' fees and costs and

for any such further relief as the Court may deem appropriate.


Respectfully Submitted

Counsel for American Express

Dated: August 21, 2023          By:    */s/ Dennis Winters*
                                       Dennis Winters  CA Bar #89872
                                       Winters Law Firm
                                       23046 Avenida de la Carlota
                                       Suite #600
                                       Laguna Hills, CA 92653
                                       Telephone: (714) 836-1381
                                       Email: winterslawfirm@cs.com
                                       Counsel for American Express National Bank

**Delta SkyMiles® Platinum Business® Card**    p. 1/6

SKYMILES®

GRAY ELEMENT
PARSA NAMAZI
Closing Date 08/28/22    Next Closing Date 09/27/22
Account Ending ▉ 7002

| Customer Care: | 1-800-297-6200 |
| TTY: | Use Relay 711 |
| Website: | americanexpress.com |

| | |
|---|---|
| New Balance | **$20,225.64** |
| Minimum Payment Due | **$657.00** |
| Payment Due Date | **09/22/22** |

**Delta SkyMiles®**
Miles Earned this Period    **25,624**

For more details about Rewards, please visit **americanexpress.com/rewardsinfo**

**Late Payment Warning:** If we do not receive your Minimum Payment Due by the Payment Due Date of 09/22/22, you may have to pay a late fee of up to $39.00 and your APRs may be increased to the Penalty APR of 29.99%.

**Account Summary**

| | |
|---|---|
| Previous Balance | $1,998.81 |
| Payments/Credits | -$500.00 |
| New Charges | +$18,274.75 |
| Fees | +$0.00 |
| Interest Charged | +$452.08 |

| **New Balance** | **$20,225.64** |
|---|---|
| **Minimum Payment Due** | **$657.00** |

| | |
|---|---|
| Credit Limit | $20,000.00 |
| Available Credit | $0.00 |
| Cash Advance Limit | $600.00 |
| Available Cash | $0.00 |
| Days in Billing Period: 31 | |

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges and each month you pay... | You will pay off the balance shown on this statement in about... | And you will pay an estimated total of... |
|---|---|---|
| Only the Minimum Payment Due | 29 years | $64,479 |
| $828 | 3 years | $29,817 (Savings = $34,662) |

If you would like information about credit counseling services, call 1-888-733-4139.

See page 2 for important information about your account.

Please refer to the **IMPORTANT NOTICES** section on **page 5.**

Your monthly AutoPay has been cancelled. Please make any payments using the payment coupon provided.

↓ Please fold on the perforation below, detach and return with your payment ↓

**Payment Coupon**
Do not staple or use paper clips

**Pay by Computer**
americanexpress.com/business

**Pay by Phone**
1-800-472-9297

**Account Ending** ▉ 7002
Enter 15 digit account # on all payments.
Make check payable to American Express.

PARSA NAMAZI
GRAY ELEMENT
PO BOX 5272
SAN PEDRO CA 90733-5272

| | |
|---|---|
| Payment Due Date | **09/22/22** |
| New Balance | **$20,225.64** |
| Minimum Payment Due | **$657.00** |

See reverse side for instructions on how to update your address, phone number, or email.

AMERICAN EXPRESS
PO BOX 96001
LOS ANGELES CA 90096-8000

$_____•_____
Amount Enclosed

24 ⊣

1

EXHIBIT A

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your financial account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest on your Account. Call the Customer Care number on page 3 for more information about this balance computation method and how resulting interest charges are determined. *The method we use to calculate the ADB and interest results in daily compounding of interest.*

**Paying Interest:** Your due date is at least 25 days after the Closing Date of each billing period. We will not charge you interest on your purchases if you pay the New Balance by the due date each month. We will charge you interest on cash advances and (unless otherwise disclosed) balance transfers beginning on the transaction date.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments (such as airlines) will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

**Billing Dispute Procedures**

<u>What To Do If You Think You Find A Mistake On Your Statement</u>
If you think there is an error on your statement, write to us at:
American Express, PO Box 981535, El Paso TX 79998-1535
In your letter, give us the following information:
- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of Problem:* Describe what you believe is wrong and why you believe it is a mistake.
You must contact us:
- Within 60 days after the error appeared on your statement.
- At least 2 business days before an automated payment is scheduled, if you want to stop payment on the amount you think is wrong.
You must notify us of any potential errors in writing. You may call us, but if you do we may not follow these procedures and you may have to pay the amount in question.

<u>What Will Happen After We Receive Your Letter</u>
When we receive your letter, we will do two things:
1. Within 30 days of receiving your letter, we will tell you that we received your letter. We will also tell you if we have already corrected the error.
2. We will investigate your inquiry and will either correct the error or explain to you why we believe the bill is correct.
While we investigate whether or not there has been an error:
- We will not try to collect the amount in question.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.
After we finish our investigation, one of two things will happen:
- If we made a mistake: You will not have to pay the amount in question or any interest or other fees related to that amount.
- If we do not believe there was a mistake: You will have to pay the amount in question, along with applicable interest and fees. We will send you a statement of the amount you owe and the date payment is due. We may report you as delinquent if you do not pay the amount we think you owe.

**Change of Address, phone number, email**

- Online at **www.americanexpress.com/updatecontactinfo**
- Via mobile device
- Voice automated: call the number on the back of your card
- For name, company name, and foreign address or phone changes, please call Customer Care

**Please do not add any written communication or address change on this stub**

## Pay Your Bill with AutoPay

Deduct your payment from your bank account automatically each month.

- Avoid late fees
- Save time

Visit **americanexpress.com/autopay** today to enroll.

For information on how we protect your privacy and to set your communication and privacy choices, please visit **www.americanexpress.com/privacy.**

EXHIBIT A



**Delta SkyMiles® Platinum Business Card**

SKYMILES®

GRAY ELEMENT
PARSA NAMAZI
Closing Date 08/28/22

Account Ending ▆7002

| | | |
|---|---|---|
| 📞 | **Customer Care & Billing Inquiries** | **1-800-297-6200** |
| | International Collect | 1-623-492-7719 |
| | Cash Advance at ATMs Inquiries | 1-800-CASH-NOW |
| | **Large Print & Braille Statements** | **1-800-297-6200** |
| | | |
| | **Hearing Impaired** | |
| | Online chat at **americanexpress.com** or use **Relay dial 711** and **1-800-297-6200** | |

💻 **Website:** americanexpress.com

**Customer Care & Billing Inquiries**
P.O. BOX 981535
EL PASO, TX
79998-1535

**Payments**
PO BOX 96001
LOS ANGELES CA
90096-8000

---

## Payments and Credits

### Summary

| | Total |
|---|---|
| Payments | -$500.00 |
| Credits | $0.00 |
| **Total Payments and Credits** | **-$500.00** |

### Detail    *Indicates posting date

| Payments | | Amount |
|---|---|---|
| 08/01/22* | ONLINE PAYMENT - THANK YOU | -$500.00 |

---

## New Charges

### Summary

| | Total |
|---|---|
| **Total New Charges** | **$18,274.75** |

### Detail

👤 **PARSA NAMAZI**
Card Ending ▆7002

| | | | | Amount |
|---|---|---|---|---|
| 07/29/22 | CITY OF JACKSON CITY OF JACKSON 8888916064 | JACKSON | MI | $440.88 |
| 07/29/22 | CITY OF JACKSON CITY OF JACKSON 8888916064 | JACKSON | MI | $14,696.08 |
| 08/01/22 | GOOGLE *ADS7841830360 ADVERTISING SERVICE | CC@GOOGLE.COM | CA | $92.65 |
| 08/01/22 | 99 CENTS ONLY STORES #174 000000174 804401 92627 GROCERY STORES | COSTA MESA | CA | $105.50 |
| 08/01/22 | A1 AUTO MECHANICS AND SM 0000 714-378-9798 | COSTA MESA | CA | $2,939.64 |

---

## Fees

| | Amount |
|---|---|
| **Total Fees for this Period** | **$0.00** |

Continued on reverse

EXHIBIT A

## Interest Charged

| | Amount |
|---|---|
| 08/28/22    Interest Charge on Purchases | $452.08 |
| **Total Interest Charged for this Period** | **$452.08** |

**About Trailing Interest**

You may see interest on your next statement even if you pay the new balance in full and on time and make no new charges. This is called "trailing interest". Trailing interest is the interest charged when, for example, you didn't pay your previous balance in full. When that happens, we charge interest from the first day of the billing period until we receive your payment in full. You can avoid paying interest on purchases by paying your balance in full and on time each month. Please see the "When we charge interest" sub-section in your Cardmember Agreement for details.

## 2022 Fees and Interest Totals Year-to-Date

| | Amount |
|---|---|
| Total Fees in 2022 | $0.00 |
| Total Interest in 2022 | $488.83 |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 26.99% (v) | $19,733.52 | $452.08 |
| Cash Advances | 27.49% (v) | $0.00 | $0.00 |
| **Total** | | | **$452.08** |

(v) Variable Rate

## Miles Earned

▲DELTA
SKYMILES®

SkyMiles® Account Number:  XXXXXX0713

| | Current Period | Year to Date |
|---|---|---|
| Miles Earned for Eligible Purchases | 18,276 | 21,291 |
| Total Bonus Miles Earned and Adjustments | 7,348 | 7,348 |
| **Total Miles Earned** | **25,624** | **28,639** |

## Bonus Miles Earned and Adjustments

| | Current Period |
|---|---|
| Purchases of $5,000 or more | 7,348 |
| **Total** | **7,348** |

4

EXHIBIT A

GRAY ELEMENT
PARSA NAMAZI

Closing Date 08/28/22

p. 5/6

Account Ending ▮7002

## IMPORTANT NOTICES

### EFT Error Resolution Notice

In Case of Errors or Questions About Your Electronic Transfers Telephone us at 1-800-IPAY-AXP for Pay By Phone questions, at 1-800-528-2122 for Pay By Computer questions, and at 1-800-528-4800 for AutoPay and at 1-800-CASH NOW for Express Cash questions. You may also write us at American Express, Electronic Funds Services, P.O. Box 981531, El Paso TX 79998-1531, or contact us online at www.americanexpress.com/ inquirycenter as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

*End of Important Notices.*

EXHIBIT A

PARSA NAMAZI

EXHIBIT A

**Delta SkyMiles® Platinum Business Card**
GRAY ELEMENT
PARSA NAMAZI
Closing Date 08/28/22

SKYMILES

Account Ending ▮7002



# FREIGHTCLUB
## An Easy-to-use Shipping Platform

**Freight Club is an end-to-end freight shipping platform that helps manage everything from quoting, booking, and tracking to complete claims management and secondary insurance protection, with zero subscription fees.**

We offer up to seven levels of delivery services at discounted rates with dedicated customer service teams and hassle-free claims management, all provided to our customers in an easy-to-use platform.

As part of Cymax Group Technologies, a leading eCommerce technology and services providers, we offer access to enterprise rates by bringing together one of the largest carrier networks of LTL and parcel shipping providers in the United States.

### We are excited to introduce Freight Intel.

An intuitive dashboard that brings all end-to-end shipping activities together on an easy-to-use platform. It allows retailers to cut through the noise and make fast, informed decisions based on real-time data and analytics at no additional cost.





Scan the QR code for a free quote or to book an appointment with our expert shipping consultants. Learn more about us at www.freightclub.com

**cymax group**
TECHNOLOGIES

Freight Club is part of Cymax Group Technologies, a leading eCommerce technology and services provider.

## Warmly Welcomed

EXHIBIT A

PARSA NAMAZI                      Account Ending ███ 7002

## American Express® Cards Warmly Welcomed

**700CREDIT**
Provider of credit reports, compliance, and soft pull products to Automotive, RV, Powersports and Marine dealerships across the U.S. Contact us at **700credit.com**.

8                                                    EXHIBIT A



**Delta SkyMiles® Platinum Business Card**

SKYMILES®

GRAY ELEMENT
PARSA NAMAZI
Closing Date 09/27/22   Next Closing Date 10/28/22
Account Ending ▇ 7002

| | |
|---|---|
| **Customer Care:** | 1-800-297-6200 |
| **TTY:** | Use Relay 711 |
| **Website:** | americanexpress.com |

| | |
|---|---|
| **New Balance** | **$20,021.80** |
| **Minimum Payment Due** | **$650.00** |
| **Payment Due Date** | **10/22/22** |

**To view your Delta SkyMiles® balance, visit delta.com**

**Late Payment Warning:** If we do not receive your Minimum Payment Due by the Payment Due Date of 10/22/22, you may have to pay a late fee of up to $39.00 and your APRs may be increased to the Penalty APR of 29.99%.

**Account Summary**

| | |
|---|---|
| Previous Balance | $20,225.64 |
| Payments/Credits | -$657.00 |
| New Charges | +$0.00 |
| Fees | +$0.00 |
| Interest Charged | +$453.16 |
| **New Balance** | **$20,021.80** |
| **Minimum Payment Due** | **$650.00** |
| Credit Limit | $20,000.00 |
| Available Credit | $0.00 |
| Cash Advance Limit | $600.00 |
| Available Cash | $0.00 |
| Days in Billing Period: 30 | |

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges and each month you pay... | You will pay off the balance shown on this statement in about... | And you will pay an estimated total of... |
|---|---|---|
| Only the Minimum Payment Due | 29 years | $65,122 |
| $828 | 3 years | $29,818 *(Savings = $35,304)* |

If you would like information about credit counseling services, call 1-888-733-4139.

See page 2 for important information about your account.

Please refer to the **IMPORTANT NOTICES** section on **page 5.**

*Continued on page 3*

---

**Payment Coupon**
Do not staple or use paper clips



**Pay by Computer**
americanexpress.com/
business



**Pay by Phone**
1-800-472-9297

**Account Ending ▇ 7002**
Enter 15 digit account # on all payments.
Make check payable to American Express.

PARSA NAMAZI
GRAY ELEMENT
15511 SHERMAN WAY
APT 24
VAN NUYS CA 91406-4154

| | |
|---|---|
| Payment Due Date | **10/22/22** |
| New Balance | **$20,021.80** |
| AutoPay Amount | **$650.00** |

See reverse side for instructions on how to update your address, phone number, or email.

AMERICAN EXPRESS
PO BOX 96001
LOS ANGELES CA 90096-8000

$_____ •_____
**Amount Enclosed**

24 ⌐

**EXHIBIT A**

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your financial account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest on your Account. Call the Customer Care number on page 3 for more information about this balance computation method and how resulting interest charges are determined. *The method we use to calculate the ADB and interest results in daily compounding of interest.*

**Paying Interest:** Your due date is at least 25 days after the Closing Date of each billing period. We will not charge you interest on your purchases if you pay the New Balance by the due date each month. We will charge you interest on cash advances and (unless otherwise disclosed) balance transfers beginning on the transaction date.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the

highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments (such as airlines) will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

**Billing Dispute Procedures**

<u>What To Do If You Think You Find A Mistake On Your Statement</u>
If you think there is an error on your statement, write to us at:
American Express, PO Box 981535, El Paso TX 79998-1535
In your letter, give us the following information:
- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of Problem:* Describe what you believe is wrong and why you believe it is a mistake.
You must contact us:
- Within 60 days after the error appeared on your statement.
- At least 2 business days before an automated payment is scheduled, if you want to stop payment on the amount you think is wrong.
You must notify us of any potential errors in writing. You may call us, but if you do we may not follow these procedures and you may have to pay the amount in question.

<u>What Will Happen After We Receive Your Letter</u>
When we receive your letter, we will do two things:
1. Within 30 days of receiving your letter, we will tell you that we received your letter. We will also tell you if we have already corrected the error.
2. We will investigate your inquiry and will either correct the error or explain to you why we believe the bill is correct.
While we investigate whether or not there has been an error:
- We will not try to collect the amount in question.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.
After we finish our investigation, one of two things will happen:
- If we made a mistake: You will not have to pay the amount in question or any interest or other fees related to that amount.
- If we do not believe there was a mistake: You will have to pay the amount in question, along with applicable interest and fees. We will send you a statement of the amount you owe and the date payment is due. We may report you as delinquent if you do not pay the amount we think you owe.

**Change of Address, phone number, email**

- Online at **www.americanexpress.com/updatecontactinfo**
- Via mobile device
- Voice automated: call the number on the back of your card
- For name, company name, and foreign address or phone changes, please call Customer Care

**Please do not add any written communication or address change on this stub**

**Pay Your Bill with AutoPay**

Deduct your payment from your bank account automatically each month.

- Avoid late fees
- Save time

Visit **americanexpress.com/autopay** today to enroll.

For information on how we protect your privacy and to set your communication and privacy choices, please visit **www.americanexpress.com/privacy.**

EXHIBIT A



**Delta SkyMiles® Platinum Business Card**

GRAY ELEMENT
PARSA NAMAZI
Closing Date 09/27/22

SKYMILES

Account Ending ■7002

| Customer Care & Billing Inquiries | | | Website: americanexpress.com | |
|---|---|---|---|---|
| International Collect | **1-800-297-6200** | | | |
| Cash Advance at ATMs Inquiries | 1-623-492-7719 | | **Customer Care** | **Payments** |
| **Large Print & Braille Statements** | 1-800-CASH-NOW | | **& Billing Inquiries** | PO BOX 96001 |
| | **1-800-297-6200** | | P.O. BOX 981535 | LOS ANGELES CA |
| | | | EL PASO, TX | 90096-8000 |
| **Hearing Impaired** | | | 79998-1535 | |
| Online chat at **americanexpress.com** or use **Relay dial 711** and **1-800-297-6200** | | | | |

ⓘ  We will debit your bank account for your monthly AutoPay payment of $650.00 on 10/12/22. This date may not be the same date your bank will debit your bank account. Any inquiry to American Express concerning this debit should be made before 10/12/22. If your monthly AutoPay payment is less than your Minimum Payment Due, we must receive an additional payment for at least the difference by 10/22/22.



Put More Time to Business and Less Time to Bills

Grant a member of your team access to your account to log in and securely handle expense management on your behalf. Terms apply.

Visit **www.AmericanExpress.com/enrollAM** to enroll an Account Manager now.

## Payments and Credits

### Summary

| | Total |
|---|---|
| **Payments** | -$657.00 |
| Credits | $0.00 |
| **Total Payments and Credits** | **-$657.00** |

### Detail    *Indicates posting date

| Payments | Amount |
|---|---|
| 09/02/22*    ONLINE PAYMENT - THANK YOU | -$657.00 |

## Fees

| | Amount |
|---|---|
| **Total Fees for this Period** | **$0.00** |

Continued on reverse

EXHIBIT A

## Interest Charged

| | Amount |
|---|---|
| 09/27/22    Interest Charge on Purchases | $453.16 |
| **Total Interest Charged for this Period** | **$453.16** |

### About Trailing Interest

You may see interest on your next statement even if you pay the new balance in full and on time and make no new charges. This is called "trailing interest". Trailing interest is the interest charged when, for example, you didn't pay your previous balance in full. When that happens, we charge interest from the first day of the billing period until we receive your payment in full. You can avoid paying interest on purchases by paying your balance in full and on time each month. Please see the "When we charge interest" sub-section in your Cardmember Agreement for details.

## 2022 Fees and Interest Totals Year-to-Date

| | Amount |
|---|---|
| Total Fees in 2022 | $0.00 |
| Total Interest in 2022 | $941.99 |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 27.74% (v) | $19,875.27 | $453.16 |
| Cash Advances | 28.24% (v) | $0.00 | $0.00 |
| **Total** | | | **$453.16** |
| (v) Variable Rate | | | |

## Miles Earned

SkyMiles® Account Number:  XXXXXX0713

▲ DELTA
SKYMILES

| | Current Period | Year to Date |
|---|---|---|
| Miles Earned for Eligible Purchases | 0 | 21,291 |
| Total Bonus Miles Earned and Adjustments | 0 | 7,348 |
| **Total Miles Earned** | **0** | **28,639** |

EXHIBIT A

GRAY ELEMENT
PARSA NAMAZI

Closing Date 09/27/22

p. 5/5

Account Ending ▮7002

## IMPORTANT NOTICES

### EFT Error Resolution Notice

In Case of Errors or Questions About Your Electronic Transfers Telephone us at 1-800-IPAY-AXP for Pay By Phone questions, at 1-800-528-2122 for Pay By Computer questions, and at 1-800-528-4800 for AutoPay and at 1-800-CASH NOW for Express Cash questions. You may also write us at American Express, Electronic Funds Services, P.O. Box 981531, El Paso TX 79998-1531, or contact us online at www.americanexpress.com/inquirycenter as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1.  Tell us your name and account number (if any).
2.  Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3.  Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

*End of Important Notices.*

13

EXHIBIT A



**Delta SkyMiles® Platinum Business Card**    SKYMILES    p. 1/6

GRAY ELEMENT
PARSA NAMAZI
Closing Date 10/28/22    Next Closing Date 11/27/22
Account Ending ▉ 7002

**Customer Care:**    1-800-297-6200
**TTY:**    Use Relay 711
**Website:**    americanexpress.com

| | |
|---|---|
| **New Balance** | **$20,577.53** |
| **Minimum Payment Due** | **$1,424.00** |
| Includes the past due amount of $650.00 | |
| **Payment Due Date** | **11/22/22** |

**To view your Delta SkyMiles® balance, visit delta.com**

**Late Payment Warning:** If we do not receive your Minimum Payment Due by the Payment Due Date of 11/22/22, you may have to pay a late fee of up to $39.00 and your APRs may be increased to the Penalty APR of 29.99%.

### Account Summary

| | |
|---|---|
| Previous Balance | $20,021.80 |
| Payments/Credits | -$0.00 |
| New Charges | +$0.00 |
| Fees | +$39.00 |
| Interest Charged | +$516.73 |
| **New Balance** | **$20,577.53** |
| **Minimum Payment Due** | **$1,424.00** |
| Credit Limit | $20,000.00 |
| Available Credit | $0.00 |
| Cash Advance Limit | $600.00 |
| Available Cash | $0.00 |
| Days in Billing Period: 31 | |

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges and each month you pay... | You will pay off the balance shown on this statement in about... | And you will pay an estimated total of... |
|---|---|---|
| Only the Minimum Payment Due | 29 years | $65,538 |

If you would like information about credit counseling services, call 1-888-733-4139.

⬛ See page 2 for important information about your account.

▽ Your account is past due.

⬛ Please refer to the **IMPORTANT NOTICES** section on **page 5.**

▽ Your monthly AutoPay has been cancelled. Please make any payments using the payment coupon provided.

*Continued on page 3*

↓ Please fold on the perforation below, detach and return with your payment ↓

 **Payment Coupon**
Do not staple or use paper clips

 **Pay by Computer**
americanexpress.com/
business

 **Pay by Phone**
1-800-472-9297

**Account Ending ▉ 7002**

Enter 15 digit account # on all payments. Make check payable to American Express.

PARSA NAMAZI
GRAY ELEMENT
15511 SHERMAN WAY
APT 24
VAN NUYS CA 91406-4154

| | |
|---|---|
| Payment Due Date | **11/22/22** |
| New Balance | **$20,577.53** |
| Minimum Payment Due | **$1,424.00** |

See reverse side for instructions on how to update your address, phone number, or email.

AMERICAN EXPRESS
PO BOX 96001
LOS ANGELES CA 90096-8000

$ _____ • _____
**Amount Enclosed**

24  ꓵ

EXHIBIT A

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your financial account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest on your Account. Call the Customer Care number on page 3 for more information about this balance computation method and how resulting interest charges are determined. *The method we use to calculate the ADB and interest results in daily compounding of interest.*

**Paying Interest:** Your due date is at least 25 days after the Closing Date of each billing period. We will not charge you interest on your purchases if you pay the New Balance by the due date each month. We will charge you interest on cash advances and (unless otherwise disclosed) balance transfers beginning on the transaction date.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the

highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments (such as airlines) will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

**Billing Dispute Procedures**

_What To Do If You Think You Find A Mistake On Your Statement_

If you think there is an error on your statement, write to us at:
American Express, PO Box 981535, El Paso TX 79998-1535
In your letter, give us the following information:
- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of Problem:* Describe what you believe is wrong and why you believe it is a mistake.
You must contact us:
- Within 60 days after the error appeared on your statement.
- At least 2 business days before an automated payment is scheduled, if you want to stop payment on the amount you think is wrong.
You must notify us of any potential errors in writing. You may call us, but if you do we may not follow these procedures and you may have to pay the amount in question.

_What Will Happen After We Receive Your Letter_

When we receive your letter, we will do two things:
1. Within 30 days of receiving your letter, we will tell you that we received your letter. We will also tell you if we have already corrected the error.
2. We will investigate your inquiry and will either correct the error or explain to you why we believe the bill is correct.
While we investigate whether or not there has been an error:
- We will not try to collect the amount in question.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.
After we finish our investigation, one of two things will happen:
- If we made a mistake: You will not have to pay the amount in question or any interest or other fees related to that amount.
- If we do not believe there was a mistake: You will have to pay the amount in question, along with applicable interest and fees. We will send you a statement of the amount you owe and the date payment is due. We may report you as delinquent if you do not pay the amount we think you owe.

**Change of Address, phone number, email**

- Online at **www.americanexpress.com/updatecontactinfo**
- Via mobile device
- Voice automated: call the number on the back of your card
- For name, company name, and foreign address or phone changes, please call Customer Care

**Please do not add any written communication or address change on this stub**

**Pay Your Bill with AutoPay**

Deduct your payment from your bank account automatically each month.

- Avoid late fees
- Save time

Visit **americanexpress.com/autopay** today to enroll.

For information on how we protect your privacy and to set your communication and privacy choices, please visit **www.americanexpress.com/privacy.**

EXHIBIT A



**Delta SkyMiles® Platinum Business Card**
GRAY ELEMENT
PARSA NAMAZI
Closing Date 10/28/22

SKYMILES

Account Ending 7002

| | | |
|---|---|---|
| **Customer Care & Billing Inquiries** | | **1-800-297-6200** |
| International Collect | | 1-623-492-7719 |
| Cash Advance at ATMs Inquiries | | 1-800-CASH-NOW |
| **Large Print & Braille Statements** | | **1-800-297-6200** |

**Website:** americanexpress.com

**Customer Care & Billing Inquiries**
P.O. BOX 981535
EL PASO, TX
79998-1535

**Payments**
PO BOX 96001
LOS ANGELES CA
90096-8000

**Hearing Impaired**
Online chat at **americanexpress.com** or use **Relay dial 711** and **1-800-297-6200**



## Put More Time to Business and Less Time to Bills

Grant a member of your team access to your account to log in and securely handle expense management on your behalf. Terms apply.

Visit **www.AmericanExpress.com/enrollAM** to enroll an Account Manager now.

AMEX

---

## Fees

| | Amount |
|---|---|
| 10/22/22   Late Payment Fee | $39.00 |
| **Total Fees for this Period** | **$39.00** |

## Interest Charged

| | Amount |
|---|---|
| 10/28/22   Interest Charge on Purchases | $516.73 |
| **Total Interest Charged for this Period** | **$516.73** |

**About Trailing Interest**
You may see interest on your next statement even if you pay the new balance in full and on time and make no new charges. This is called "trailing interest". Trailing interest is the interest charged when, for example, you didn't pay your previous balance in full. When that happens, we charge interest from the first day of the billing period until we receive your payment in full. You can avoid paying interest on purchases by paying your balance in full and on time each month. Please see the "When we charge interest" sub-section in your Cardmember Agreement for details.

## 2022 Fees and Interest Totals Year-to-Date

| | Amount |
|---|---|
| Total Fees in 2022 | $39.00 |
| Total Interest in 2022 | $1,458.72 |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 29.99% (v) | $20,278.20 | $516.73 |

Continued on reverse

EXHIBIT A

## Interest Charge Calculation Continued

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Cash Advances | 29.99% (v) | $0.00 | $0.00 |
| **Total** | | | **$516.73** |
| (v) Variable Rate | | | |

## Miles Earned

▲ DELTA
SKYMILES

SkyMiles® Account Number:  XXXXXX0713

| | Current Period | Year to Date |
|---|---|---|
| Miles Earned for Eligible Purchases | 0 | 21,291 |
| Total Bonus Miles Earned and Adjustments | 0 | 7,348 |
| **Total Miles Earned** | **0** | **28,639** |

EXHIBIT A

GRAY ELEMENT
PARSA NAMAZI

Closing Date 10/28/22

p. 5/6

Account Ending ▮7002

## IMPORTANT NOTICES

### EFT Error Resolution Notice

In Case of Errors or Questions About Your Electronic Transfers Telephone us at 1-800-IPAY-AXP for Pay By Phone questions, at 1-800-528-2122 for Pay By Computer questions, and at 1-800-528-4800 for AutoPay and at 1-800-CASH NOW for Express Cash questions. You may also write us at American Express, Electronic Funds Services, P.O. Box 981531, El Paso TX 79998-1531, or contact us online at www.americanexpress.com/inquirycenter as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

### Your Cardmember Agreement

To access the most up to date version of your Cardmember Agreement, please log in to your Account at www.americanexpress.com.

*End of Important Notices.*

18

EXHIBIT A

19

EXHIBIT A

**Delta SkyMiles® Platinum Business Card**

GRAY ELEMENT
PARSA NAMAZI
Closing Date 10/28/22

SKYMILES

Account Ending ▮7002

## American Express® Cards Warmly Welcomed

### SALESOPTIMA

The premiere Voice & SMS powered CRM with powerful workflow & email marketing built in for the remote sales force. Visit us at **salesoptima.com**.

### BICSI

Leads the way for the future of the connected world through ICT Training & Certification programs. We will help you and your employees get there. **www.bicsi.org**

### GAINESWORLDCOFFEE.COM

Coffee unique to their region and technique. Each so artfully distinctive, I have called my coffee Gaines World Coffee - the art of indulgence.

20

EXHIBIT A



p. 1/6

**Delta SkyMiles® Platinum Business Card**

SKYMILES

GRAY ELEMENT
PARSA NAMAZI
Closing Date 11/27/22    Next Closing Date 12/28/22
Account Ending ▓ 7002

Customer Care:    1-800-297-6200
TTY:    Use Relay 711
Website:    americanexpress.com

| New Balance | $21,130.23 |
|---|---|
| **Minimum Payment Due** | **$2,218.00** |
| Includes the past due amount of $1,424.00 | |
| **Payment Due Date** | **12/22/22** |

**To view your Delta SkyMiles® balance, visit delta.com**

**Late Payment Warning:** If we do not receive your Minimum Payment Due by the Payment Due Date of 12/22/22, you may have to pay a late fee of up to $39.00 and your APRs may be increased to the Penalty APR of 29.99%.

**Account Summary**

| Previous Balance | $20,577.53 |
|---|---|
| Payments/Credits | -$0.00 |
| New Charges | +$0.00 |
| Fees | +$39.00 |
| Interest Charged | +$513.70 |

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges and each month you pay... | You will pay off the balance shown on this statement in about... | And you will pay an estimated total of... |
|---|---|---|
| Only the Minimum Payment Due | 29 years | $66,675 |

| **New Balance** | **$21,130.23** |
|---|---|
| **Minimum Payment Due** | **$2,218.00** |

| Credit Limit | $20,000.00 |
|---|---|
| Available Credit | $0.00 |
| Cash Advance Limit | $600.00 |
| Available Cash | $0.00 |
| Days in Billing Period: 30 | |

If you would like information about credit counseling services, call 1-888-733-4139.

See page 2 for important information about your account.

⚠ Your account is past due.

Please refer to the **IMPORTANT NOTICES** section on **page 5.**

↓ Please fold on the perforation below, detach and return with your payment ↓

 **Payment Coupon**
Do not staple or use paper clips

 **Pay by Computer**
americanexpress.com/
business

 **Pay by Phone**
1-800-472-9297

**Account Ending** ▓ 7002

Enter 15 digit account # on all payments.
Make check payable to American Express.

PARSA NAMAZI
GRAY ELEMENT
15511 SHERMAN WAY
APT 24
VAN NUYS CA 91406-4154

Payment Due Date
**12/22/22**

New Balance
**$21,130.23**

Minimum Payment Due
**$2,218.00**

See reverse side for instructions on how to update your address, phone number, or email.

AMERICAN EXPRESS
PO BOX 96001
LOS ANGELES CA 90096-8000

$_____•_____

**Amount Enclosed**

24  ⱵⱵ

21

EXHIBIT A

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your financial account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest on your Account. Call the Customer Care number on page 3 for more information about this balance computation method and how resulting interest charges are determined. *The method we use to calculate the ADB and interest results in daily compounding of interest.*

**Paying Interest:** Your due date is at least 25 days after the Closing Date of each billing period. We will not charge you interest on your purchases if you pay the New Balance by the due date each month. We will charge you interest on cash advances and (unless otherwise disclosed) balance transfers beginning on the transaction date.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the

highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments (such as airlines) will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

**Billing Dispute Procedures**

<u>What To Do If You Think You Find A Mistake On Your Statement</u>
If you think there is an error on your statement, write to us at:
American Express, PO Box 981535, El Paso TX 79998-1535
In your letter, give us the following information:
- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of Problem:* Describe what you believe is wrong and why you believe it is a mistake.
You must contact us:
- Within 60 days after the error appeared on your statement.
- At least 2 business days before an automated payment is scheduled, if you want to stop payment on the amount you think is wrong.
You must notify us of any potential errors in writing. You may call us, but if you do we may not follow these procedures and you may have to pay the amount in question.

<u>What Will Happen After We Receive Your Letter</u>
When we receive your letter, we will do two things:
1. Within 30 days of receiving your letter, we will tell you that we received your letter. We will also tell you if we have already corrected the error.
2. We will investigate your inquiry and will either correct the error or explain to you why we believe the bill is correct.
While we investigate whether or not there has been an error:
- We will not try to collect the amount in question.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.
After we finish our investigation, one of two things will happen:
- If we made a mistake: You will not have to pay the amount in question or any interest or other fees related to that amount.
- If we do not believe there was a mistake: You will have to pay the amount in question, along with applicable interest and fees. We will send you a statement of the amount you owe and the date payment is due. We may report you as delinquent if you do not pay the amount we think you owe.

**Change of Address, phone number, email**

- Online at **www.americanexpress.com/updatecontactinfo**
- Via mobile device
- Voice automated: call the number on the back of your card
- For name, company name, and foreign address or phone changes, please call Customer Care

**Please do not add any written communication or address change on this stub**

**Pay Your Bill with AutoPay**

Deduct your payment from your bank account automatically each month.

- Avoid late fees
- Save time

Visit **americanexpress.com/autopay** today to enroll.

For information on how we protect your privacy and to set your communication and privacy choices, please visit **www.americanexpress.com/privacy.**

EXHIBIT A

**Delta SkyMiles® Platinum Business Card**
GRAY ELEMENT
PARSA NAMAZI
Closing Date 11/27/22

**SKYMILES**

p. 3/6

Account Ending ■7002

| Customer Care & Billing Inquiries | |
|---|---|
| International Collect | 1-800-297-6200 |
| Cash Advance at ATMs Inquiries | 1-623-492-7719 |
| **Large Print & Braille Statements** | 1-800-CASH-NOW |
| | **1-800-297-6200** |

**Hearing Impaired**
Online chat at **americanexpress.com** or use **Relay dial 711** and **1-800-297-6200**

**Website:** americanexpress.com

**Customer Care
& Billing Inquiries**
P.O. BOX 981535
EL PASO, TX
79998-1535

**Payments**
PO BOX 96001
LOS ANGELES CA
90096-8000

## Fees

| | Amount |
|---|---|
| 11/22/22    Late Payment Fee | $39.00 |
| **Total Fees for this Period** | **$39.00** |

## Interest Charged

| | Amount |
|---|---|
| 11/27/22    Interest Charge on Purchases | $513.70 |
| **Total Interest Charged for this Period** | **$513.70** |

**About Trailing Interest**
You may see interest on your next statement even if you pay the new balance in full and on time and make no new charges. This is called "trailing interest". Trailing interest is the interest charged when, for example, you didn't pay your previous balance in full. When that happens, we charge interest from the first day of the billing period until we receive your payment in full. You can avoid paying interest on purchases by paying your balance in full and on time each month. Please see the "When we charge interest" sub-section in your Cardmember Agreement for details.

## 2022 Fees and Interest Totals Year-to-Date

| | Amount |
|---|---|
| Total Fees in 2022 | $78.00 |
| Total Interest in 2022 | $1,972.42 |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 29.99% (v) | $20,831.19 | $513.70 |
| Cash Advances | 29.99% (v) | $0.00 | $0.00 |
| **Total** | | | **$513.70** |
| (v) Variable Rate | | | |

23

EXHIBIT A

## Miles Earned

SkyMiles® Account Number: XXXXXX0713

▲ DELTA
SKYMILES

|  | Current Period | Year to Date |
|---|---|---|
| Miles Earned for Eligible Purchases | 0 | 21,291 |
| Total Bonus Miles Earned and Adjustments | 0 | 7,348 |
| **Total Miles Earned** | **0** | **28,639** |

EXHIBIT A

GRAY ELEMENT
PARSA NAMAZI

Closing Date 11/27/22

p. 5/6

Account Ending ▮7002

## IMPORTANT NOTICES

### EFT Error Resolution Notice

In Case of Errors or Questions About Your Electronic Transfers Telephone us at 1-800-IPAY-AXP for Pay By Phone questions, at 1-800-528-2122 for Pay By Computer questions, and at 1-800-528-4800 for AutoPay and at 1-800-CASH NOW for Express Cash questions. You may also write us at American Express, Electronic Funds Services, P.O. Box 981531, El Paso TX 79998-1531, or contact us online at www.americanexpress.com/ inquirycenter as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1.  Tell us your name and account number (if any).
2.  Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3.  Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

EXHIBIT A

EXHIBIT A

**Delta SkyMiles® Platinum Business Card**
GRAY ELEMENT
PARSA NAMAZI
Closing Date 11/27/22

SKYMILES

Account Ending 7002

## American Express® Cards Warmly Welcomed

**1-800 PACK RAT**
Restoration, Renovation, Retail or whatever the inventory or storage need, we have a solution for you with portable storage containers.
**www.1800packrat.com**

**LEVIATE AIR GROUP**
Book your first charter flight through Leviate Air Group by contacting us at **leviateair.com**

**FORBESBOOKS.COM**
THE Publishing Authority for Leaders, Among the Best in Business. We Create and Leverage Media that You Own to Position You as a Leading Authority in Your Field.

**CRESCO-RESCO**
Opening a new restaurant, bar or café? With over 40 years of experience we have the equipment and supplies you need. Visit **restaurantequipment.com**

27

EXHIBIT A

**Delta SkyMiles® Platinum Business Card**

p. 1/5

SKYMILES

GRAY ELEMENT
PARSA NAMAZI
Closing Date 12/28/22    Next Closing Date 01/27/23
Account Ending ■ 7002

| | |
|---|---|
| Customer Care: | 1-800-297-6200 |
| TTY: | Use Relay 711 |
| Website: | americanexpress.com |

| | |
|---|---|
| **New Balance** | **$21,169.23** |
| **Minimum Payment Due** | **$2,505.00** |
| Includes the past due amount of $2,218.00 | |
| **Payment Due Date** | **01/22/23** |

**Late Payment Warning:** If we do not receive your Minimum Payment Due by the Payment Due Date of 01/22/23, you may have to pay a late fee of up to $39.00 and your APRs may be increased to the Penalty APR of 29.99%.

**To view your Delta SkyMiles® balance, visit delta.com**

### Account Summary

| | |
|---|---|
| Previous Balance | $21,130.23 |
| Payments/Credits | -$0.00 |
| New Charges | +$0.00 |
| Fees | +$39.00 |
| Interest Charged | +$0.00 |
| **New Balance** | **$21,169.23** |
| **Minimum Payment Due** | **$2,505.00** |
| Credit Limit | $20,000.00 |
| Cash Advance Limit | $0.00 |
| Days in Billing Period: 31 | |

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges and each month you pay... | You will pay off the balance shown on this statement in about... | And you will pay an estimated total of... |
|---|---|---|
| Only the Minimum Payment Due | 29 years | $66,850 |

If you would like information about credit counseling services, call 1-888-733-4139.

See page 2 for important information about your account.

Your account is past due.

Please refer to the **IMPORTANT NOTICES** section on **page 5.**

**This statement is for information purposes only. This is not a bill. Please contact your collections agency for account information. Disregard the Minimum Payment Due, your account is in default and the balance is due in full.**

↓ Please fold on the perforation below, detach and return with your payment ↓

**Payment Coupon**
Do not staple or use paper clips

**Pay by Computer**
americanexpress.com/business

**Pay by Phone**
1-800-472-9297

**Account Ending ■ 7002**

Enter 15 digit account # on all payments.
Make check payable to American Express.

PARSA NAMAZI
GRAY ELEMENT
15511 SHERMAN WAY
APT 24
VAN NUYS CA 91406-4154

| | |
|---|---|
| Payment Due Date | **01/22/23** |
| New Balance | **$21,169.23** |
| Minimum Payment Due | **$2,505.00** |

See reverse side for instructions on how to update your address, phone number, or email.

AMERICAN EXPRESS
PO BOX 96001
LOS ANGELES CA 90096-8000

$ _____ . ___
**Amount Enclosed**




24  н

EXHIBIT A

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your financial account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest on your Account. Call the Customer Care number on page 3 for more information about this balance computation method and how resulting interest charges are determined. *The method we use to calculate the ADB and interest results in daily compounding of interest.*

**Paying Interest:** Your due date is at least 25 days after the Closing Date of each billing period. We will not charge you interest on your purchases if you pay the New Balance by the due date each month. We will charge you interest on cash advances and (unless otherwise disclosed) balance transfers beginning on the transaction date.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments (such as airlines) will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

**Billing Dispute Procedures**

<u>What To Do If You Think You Find A Mistake On Your Statement</u>
If you think there is an error on your statement, write to us at:
American Express, PO Box 981535, El Paso TX 79998-1535
In your letter, give us the following information:
- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of Problem:* Describe what you believe is wrong and why you believe it is a mistake.
You must contact us:
- Within 60 days after the error appeared on your statement.
- At least 2 business days before an automated payment is scheduled, if you want to stop payment on the amount you think is wrong.
You must notify us of any potential errors in writing. You may call us, but if you do we may not follow these procedures and you may have to pay the amount in question.

<u>What Will Happen After We Receive Your Letter</u>
When we receive your letter, we will do two things:
1. Within 30 days of receiving your letter, we will tell you that we received your letter. We will also tell you if we have already corrected the error.
2. We will investigate your inquiry and will either correct the error or explain to you why we believe the bill is correct.
While we investigate whether or not there has been an error:
- We will not try to collect the amount in question.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.
After we finish our investigation, one of two things will happen:
- If we made a mistake: You will not have to pay the amount in question or any interest or other fees related to that amount.
- If we do not believe there was a mistake: You will have to pay the amount in question, along with applicable interest and fees. We will send you a statement of the amount you owe and the date payment is due. We may report you as delinquent if you do not pay the amount we think you owe.

**Change of Address, phone number, email**

- Online at **www.americanexpress.com/updatecontactinfo**
- Via mobile device
- Voice automated: call the number on the back of your card
- For name, company name, and foreign address or phone changes, please call Customer Care

**Please do not add any written communication or address change on this stub**

**Pay Your Bill with AutoPay**

Deduct your payment from your bank account automatically each month.

- Avoid late fees
- Save time

Visit **americanexpress.com/autopay** today to enroll.

For information on how we protect your privacy and to set your communication and privacy choices, please visit **www.americanexpress.com/privacy.**

EXHIBIT A

**Delta SkyMiles® Platinum Business Card**
GRAY ELEMENT
PARSA NAMAZI
Closing Date 12/28/22

SKYMILES

p. 3/5

Account Ending ▇7002

| Customer Care & Billing Inquiries | |
|---|---|
| International Collect | **1-800-297-6200** |
| Cash Advance at ATMs Inquiries | 1-623-492-7719 |
| **Large Print & Braille Statements** | 1-800-CASH-NOW |
| | **1-800-297-6200** |

**Hearing Impaired**
Online chat at **americanexpress.com** or use **Relay dial 711** and **1-800-297-6200**

**Website:** americanexpress.com

**Customer Care
& Billing Inquiries**
P.O. BOX 981535
EL PASO, TX
79998-1535

**Payments**
PO BOX 96001
LOS ANGELES CA
90096-8000

## Fees

| | Amount |
|---|---|
| 12/22/22    Late Payment Fee | $39.00 |
| **Total Fees for this Period** | **$39.00** |

## Interest Charged

| | Amount |
|---|---|
| **Total Interest Charged for this Period** | **$0.00** |

**About Trailing Interest**
You may see interest on your next statement even if you pay the new balance in full and on time and make no new charges. This is called "trailing interest". Trailing interest is the interest charged when, for example, you didn't pay your previous balance in full. When that happens, we charge interest from the first day of the billing period until we receive your payment in full. You can avoid paying interest on purchases by paying your balance in full and on time each month. Please see the "When we charge interest" sub-section in your Cardmember Agreement for details.

## 2022 Fees and Interest Totals Year-to-Date

| | Amount |
|---|---|
| Total Fees in 2022 | $117.00 |
| Total Interest in 2022 | $1,972.42 |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 29.99% (v) | $0.00 | $0.00 |
| Cash Advances | 29.99% (v) | $0.00 | $0.00 |
| **Total** | | | **$0.00** |
| (v) Variable Rate | | | |

30

EXHIBIT A

## Miles Earned

SkyMiles® Account Number:  XXXXXX0713

**▲ DELTA**
**SKYMILES**

|  | Current Period | Year to Date |
|---|---|---|
| Miles Earned for Eligible Purchases | 0 | 21,291 |
| Total Bonus Miles Earned and Adjustments | 0 | 7,348 |
| **Total Miles Earned** | **0** | **28,639** |

EXHIBIT A

GRAY ELEMENT
PARSA NAMAZI

p. 5/5

Closing Date 12/28/22

Account Ending ▇7002

## IMPORTANT NOTICES

### EFT Error Resolution Notice

In Case of Errors or Questions About Your Electronic Transfers Telephone us at 1-800-IPAY-AXP for Pay By Phone questions, at 1-800-528-2122 for Pay By Computer questions, and at 1-800-528-4800 for AutoPay and at 1-800-CASH NOW for Express Cash questions. You may also write us at American Express, Electronic Funds Services, P.O. Box 981531, El Paso TX 79998-1531, or contact us online at www.americanexpress.com/inquirycenter as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1.  Tell us your name and account number (if any).
2.  Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3.  Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

*End of Important Notices.*

EXHIBIT A

**Delta SkyMiles® Platinum Business Card**    SKYMILES    p. 1/5

GRAY ELEMENT
PARSA NAMAZI
Closing Date 01/27/23    Next Closing Date 02/24/23
Account Ending ▇ 7002

**Customer Care:** 1-800-297-6200
**TTY:** Use Relay 711
**Website:** americanexpress.com

| | |
|---|---|
| **New Balance** | **$21,169.23** |
| **Minimum Payment Due** | **$2,754.00** |
| Includes the past due amount of $2,505.00 | |
| **Payment Due Date** | **02/22/23** |

**To view your Delta SkyMiles® balance, visit delta.com**

**Late Payment Warning:** If we do not receive your Minimum Payment Due by the Payment Due Date of 02/22/23, you may have to pay a late fee of up to $39.00 and your APRs may be increased to the Penalty APR of 29.99%.

### Account Summary

| | |
|---|---|
| Previous Balance | $21,169.23 |
| Payments/Credits | -$0.00 |
| New Charges | +$0.00 |
| Fees | +$0.00 |
| Interest Charged | +$0.00 |
| **New Balance** | **$21,169.23** |
| **Minimum Payment Due** | **$2,754.00** |
| Credit Limit | $20,000.00 |
| Cash Advance Limit | $0.00 |
| Days in Billing Period: 30 | |

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges and each month you pay... | You will pay off the balance shown on this statement in about... | And you will pay an estimated total of... |
|---|---|---|
| Only the Minimum Payment Due | 29 years | $66,225 |

If you would like information about credit counseling services, call 1-888-733-4139.

➡ See page 2 for important information about your account.

▽ Your account is past due.

➡ Please refer to the **IMPORTANT NOTICES** section on **page 5.**

ⓘ **This statement is for information purposes only. This is not a bill. Please contact your collections agency for account information. Disregard the Minimum Payment Due, your account is in default and the balance is due in full.**

↓ Please fold on the perforation below, detach and return with your payment ↓

**Payment Coupon**
Do not staple or use paper clips

 **Pay by Computer**
americanexpress.com/business

 **Pay by Phone**
1-800-472-9297

**Account Ending** ▇ 7002
Enter 15 digit account # on all payments.
Make check payable to American Express.

PARSA NAMAZI
GRAY ELEMENT
15511 SHERMAN WAY
APT 24
VAN NUYS CA 91406-4154

| | |
|---|---|
| Payment Due Date | **02/22/23** |
| New Balance | **$21,169.23** |
| Minimum Payment Due | **$2,754.00** |

See reverse side for instructions on how to update your address, phone number, or email.

AMERICAN EXPRESS
PO BOX 96001
LOS ANGELES CA 90096-8000

$_____ • _____
**Amount Enclosed**

24 ⊣

EXHIBIT A

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your financial account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest on your Account. Call the Customer Care number on page 3 for more information about this balance computation method and how resulting interest charges are determined. *The method we use to calculate the ADB and interest results in daily compounding of interest.*

**Paying Interest:** Your due date is at least 25 days after the Closing Date of each billing period. We will not charge you interest on your purchases if you pay the New Balance by the due date each month. We will charge you interest on cash advances and (unless otherwise disclosed) balance transfers beginning on the transaction date.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments (such as airlines) will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

**Billing Dispute Procedures**

What To Do If You Think You Find A Mistake On Your Statement
If you think there is an error on your statement, write to us at:
American Express, PO Box 981535, El Paso TX 79998-1535
In your letter, give us the following information:
- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of Problem:* Describe what you believe is wrong and why you believe it is a mistake.
You must contact us:
- Within 60 days after the error appeared on your statement.
- At least 2 business days before an automated payment is scheduled, if you want to stop payment on the amount you think is wrong.
You must notify us of any potential errors in writing. You may call us, but if you do we may not follow these procedures and you may have to pay the amount in question.

What Will Happen After We Receive Your Letter
When we receive your letter, we will do two things:
1. Within 30 days of receiving your letter, we will tell you that we received your letter. We will also tell you if we have already corrected the error.
2. We will investigate your inquiry and will either correct the error or explain to you why we believe the bill is correct.
While we investigate whether or not there has been an error:
- We will not try to collect the amount in question.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.
After we finish our investigation, one of two things will happen:
- If we made a mistake: You will not have to pay the amount in question or any interest or other fees related to that amount.
- If we do not believe there was a mistake: You will have to pay the amount in question, along with applicable interest and fees. We will send you a statement of the amount you owe and the date payment is due. We may report you as delinquent if you do not pay the amount we think you owe.

**Change of Address, phone number, email**

- Online at **www.americanexpress.com/updatecontactinfo**
- Via mobile device
- Voice automated: call the number on the back of your card
- For name, company name, and foreign address or phone changes, please call Customer Care

**Please do not add any written communication or address change on this stub**

**Pay Your Bill with AutoPay**

Deduct your payment from your bank account automatically each month.

- Avoid late fees
- Save time

Visit **americanexpress.com/autopay** today to enroll.

For information on how we protect your privacy and to set your communication and privacy choices, please visit **www.americanexpress.com/privacy.**

34

EXHIBIT A

**Delta SkyMiles® Platinum Business Card**
GRAY ELEMENT
PARSA NAMAZI
Closing Date 01/27/23

SKYMILES

p. 3/5

Account Ending ▉7002

| Customer Care & Billing Inquiries | |
| --- | --- |
| **Customer Care & Billing Inquiries** | **1-800-297-6200** |
| International Collect | 1-623-492-7719 |
| Cash Advance at ATMs Inquiries | 1-800-CASH-NOW |
| **Large Print & Braille Statements** | **1-800-297-6200** |

**Hearing Impaired**
Online chat at **americanexpress.com** or use **Relay dial 711** and **1-800-297-6200**

**Website:** americanexpress.com

**Customer Care & Billing Inquiries**
P.O. BOX 981535
EL PASO, TX
79998-1535

**Payments**
PO BOX 96001
LOS ANGELES CA
90096-8000

## Fees

| | Amount |
| --- | --- |
| Total Fees for this Period | **$0.00** |

## Interest Charged

| | Amount |
| --- | --- |
| Total Interest Charged for this Period | **$0.00** |

**About Trailing Interest**
You may see interest on your next statement even if you pay the new balance in full and on time and make no new charges. This is called "trailing interest". Trailing interest is the interest charged when, for example, you didn't pay your previous balance in full. When that happens, we charge interest from the first day of the billing period until we receive your payment in full. You can avoid paying interest on purchases by paying your balance in full and on time each month. Please see the "When we charge interest" sub-section in your Cardmember Agreement for details.

## 2023 Fees and Interest Totals Year-to-Date

| | Amount |
| --- | --- |
| Total Fees in 2023 | $0.00 |
| Total Interest in 2023 | $0.00 |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
| --- | --- | --- | --- |
| Purchases | 29.99% (v) | $0.00 | $0.00 |
| Cash Advances | 29.99% (v) | $0.00 | $0.00 |
| **Total** | | | **$0.00** |

(v) Variable Rate

## Miles Earned

▲ DELTA
SKYMILES

SkyMiles® Account Number:  XXXXXX0713

EXHIBIT A

PARSA NAMAZI

36

EXHIBIT A

GRAY ELEMENT
PARSA NAMAZI

p. 5/5

Closing Date 01/27/23

Account Ending ▮7002

## IMPORTANT NOTICES

### EFT Error Resolution Notice

In Case of Errors or Questions About Your Electronic Transfers Telephone us at 1-800-IPAY-AXP for Pay By Phone questions, at 1-800-528-2122 for Pay By Computer questions, and at 1-800-528-4800 for AutoPay and at 1-800-CASH NOW for Express Cash questions. You may also write us at American Express, Electronic Funds Services, P.O. Box 981531, El Paso TX 79998-1531, or contact us online at www.americanexpress.com/ inquirycenter as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

EXHIBIT A

**Delta SkyMiles® Platinum Business Card**

p. 1/5

SKYMILES®

GRAY ELEMENT
PARSA NAMAZI
Closing Date 02/24/23    Next Closing Date 03/28/23
Account Ending ▮ 7002

| Customer Care: | 1-800-297-6200 |
| TTY: | Use Relay 711 |
| Website: | americanexpress.com |

| New Balance | **$21,169.23** |
|---|---|
| **Minimum Payment Due** | **$3,003.00** |
| Includes the past due amount of $2,754.00 | |
| **Payment Due Date** | **03/22/23** |

**To view your Delta SkyMiles® balance, visit delta.com**

**Account Summary**

| Previous Balance | $21,169.23 |
|---|---|
| Payments/Credits | -$0.00 |
| New Charges | +$0.00 |
| Fees | +$0.00 |
| Interest Charged | +$0.00 |

**Late Payment Warning:** If we do not receive your Minimum Payment Due by the Payment Due Date of 03/22/23, you may have to pay a late fee of up to $39.00 and your APRs may be increased to the Penalty APR of 29.99%.

| **New Balance** | **$21,169.23** |
|---|---|
| **Minimum Payment Due** | **$3,003.00** |
| Credit Limit | $20,000.00 |
| Cash Advance Limit | $0.00 |
| Days in Billing Period: 28 | |

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges and each month you pay... | You will pay off the balance shown on this statement in about... | And you will pay an estimated total of... |
|---|---|---|
| Only the Minimum Payment Due | 29 years | $65,948 |

If you would like information about credit counseling services, call 1-888-733-4139.

➥ See page 2 for important information about your account.

▽ Your account is past due.

➥ Please refer to the **IMPORTANT NOTICES** section on **page 5.**

ⓘ **This statement is for information purposes only. This is not a bill. Please contact your collections agency for account information. Disregard the Minimum Payment Due, your account is in default and the balance is due in full.**

↓ Please fold on the perforation below, detach and return with your payment ↓

| 🖂 **Payment Coupon** Do not staple or use paper clips | 🖳 **Pay by Computer** americanexpress.com/ business | 📞 **Pay by Phone** 1-800-472-9297 | **Account Ending** ▮ 7002 |

Enter 15 digit account # on all payments. Make check payable to American Express.

PARSA NAMAZI
GRAY ELEMENT
15511 SHERMAN WAY
APT 24
VAN NUYS CA 91406-4154

| Payment Due Date | **03/22/23** |
|---|---|
| New Balance | **$21,169.23** |
| Minimum Payment Due | **$3,003.00** |



See reverse side for instructions on how to update your address, phone number, or email.

AMERICAN EXPRESS
PO BOX 96001
LOS ANGELES CA 90096-8000

$ _____ • _____
**Amount Enclosed**


24 ⊣

EXHIBIT A

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your financial account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest on your Account. Call the Customer Care number on page 3 for more information about this balance computation method and how resulting interest charges are determined. *The method we use to calculate the ADB and interest results in daily compounding of interest.*

**Paying Interest:** Your due date is at least 25 days after the Closing Date of each billing period. We will not charge you interest on your purchases if you pay the New Balance by the due date each month. We will charge you interest on cash advances and (unless otherwise disclosed) balance transfers beginning on the transaction date.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the

highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments (such as airlines) will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

**Billing Dispute Procedures**

Underline What To Do If You Think You Find A Mistake On Your Statement
If you think there is an error on your statement, write to us at:
American Express, PO Box 981535, El Paso TX 79998-1535
In your letter, give us the following information:
- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of Problem:* Describe what you believe is wrong and why you believe it is a mistake.
You must contact us:
- Within 60 days after the error appeared on your statement.
- At least 2 business days before an automated payment is scheduled, if you want to stop payment on the amount you think is wrong.
You must notify us of any potential errors in writing. You may call us, but if you do do may not follow these procedures and you may have to pay the amount in question.

Underline What Will Happen After We Receive Your Letter
When we receive your letter, we will do two things:
1. Within 30 days of receiving your letter, we will tell you that we received your letter. We will also tell you if we have already corrected the error.
2. We will investigate your inquiry and will either correct the error or explain to you why we believe the bill is correct.
While we investigate whether or not there has been an error:
- We will not try to collect the amount in question.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.
After we finish our investigation, one of two things will happen:
- If we made a mistake: You will not have to pay the amount in question or any interest or other fees related to that amount.
- If we do not believe there was a mistake: You will have to pay the amount in question, along with applicable interest and fees. We will send you a statement of the amount you owe and the date payment is due. We may report you as delinquent if you do not pay the amount we think you owe.

**Change of Address, phone number, email**

- Online at **www.americanexpress.com/updatecontactinfo**
- Via mobile device
- Voice automated: call the number on the back of your card
- For name, company name, and foreign address or phone changes, please call Customer Care

**Please do not add any written communication or address change on this stub**

**Pay Your Bill with AutoPay**

Deduct your payment from your bank account automatically each month.

- Avoid late fees
- Save time

Visit **americanexpress.com/autopay** today to enroll.

For information on how we protect your privacy and to set your communication and privacy choices, please visit **www.americanexpress.com/privacy.**

EXHIBIT A

**Delta SkyMiles® Platinum Business Card**
GRAY ELEMENT
PARSA NAMAZI
Closing Date 02/24/23

SKYMILES

p. 3/5

Account Ending ▉7002

| | |
|---|---|
| ☎ **Customer Care & Billing Inquiries** | **1-800-297-6200** |
| International Collect | 1-623-492-7719 |
| Cash Advance at ATMs Inquiries | 1-800-CASH-NOW |
| **Large Print & Braille Statements** | **1-800-297-6200** |
| **Hearing Impaired** | |
| Online chat at **americanexpress.com** or use **Relay dial 711** and **1-800-297-6200** | |

| 🖥 **Website:** americanexpress.com | |
|---|---|
| **Customer Care & Billing Inquiries** | **Payments** |
| P.O. BOX 981535 | PO BOX 96001 |
| EL PASO, TX | LOS ANGELES CA |
| 79998-1535 | 90096-8000 |

## Fees

| | Amount |
|---|---|
| Total Fees for this Period | $0.00 |

## Interest Charged

| | Amount |
|---|---|
| Total Interest Charged for this Period | $0.00 |

**About Trailing Interest**
You may see interest on your next statement even if you pay the new balance in full and on time and make no new charges. This is called "trailing interest". Trailing interest is the interest charged when, for example, you didn't pay your previous balance in full. When that happens, we charge interest from the first day of the billing period until we receive your payment in full. You can avoid paying interest on purchases by paying your balance in full and on time each month. Please see the "When we charge interest" sub-section in your Cardmember Agreement for details.

## 2023 Fees and Interest Totals Year-to-Date

| | Amount |
|---|---|
| Total Fees in 2023 | $0.00 |
| Total Interest in 2023 | $0.00 |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 29.99% (v) | $0.00 | $0.00 |
| Cash Advances | 29.99% (v) | $0.00 | $0.00 |
| **Total** | | | **$0.00** |

(v) Variable Rate

## Miles Earned

▲DELTA
SKYMILES

SkyMiles® Account Number:  XXXXXX0713

EXHIBIT A

41

EXHIBIT A

GRAY ELEMENT
PARSA NAMAZI

p. 5/5

Closing Date 02/24/23                    Account Ending ██7002

## IMPORTANT NOTICES

### EFT Error Resolution Notice

In Case of Errors or Questions About Your Electronic Transfers Telephone us at 1-800-IPAY-AXP for Pay By Phone questions, at 1-800-528-2122 for Pay By Computer questions, and at 1-800-528-4800 for AutoPay and at 1-800-CASH NOW for Express Cash questions. You may also write us at American Express, Electronic Funds Services, P.O. Box 981531, El Paso TX 79998-1531, or contact us online at www.americanexpress.com/ inquirycenter as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1.  Tell us your name and account number (if any).
2.  Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3.  Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

*End of Important Notices.*

42

EXHIBIT A

**Delta SkyMiles® Platinum Business Card**    p. 1/5

SKYMILES

GRAY ELEMENT
PARSA NAMAZI
Closing Date 03/28/23    Next Closing Date 04/27/23
Account Ending ▮ 7002

| Customer Care: | 1-800-297-6200 |
|---|---|
| TTY: | Use Relay 711 |
| Website: | americanexpress.com |

| New Balance | **$21,169.23** |
|---|---|
| **Minimum Payment Due** | **$3,252.00** |
| Includes the past due amount of $3,003.00 | |
| **Payment Due Date** | **04/22/23** |

**To view your Delta SkyMiles® balance, visit delta.com**

**Account Summary**

| Previous Balance | $21,169.23 |
|---|---|
| Payments/Credits | -$0.00 |
| New Charges | +$0.00 |
| Fees | +$0.00 |
| Interest Charged | +$0.00 |

**Late Payment Warning:** If we do not receive your Minimum Payment Due by the Payment Due Date of 04/22/23, you may have to pay a late fee of up to $39.00 and your APRs may be increased to the Penalty APR of 29.99%.

| **New Balance** | **$21,169.23** |
|---|---|
| **Minimum Payment Due** | **$3,252.00** |
| Credit Limit | $20,000.00 |
| Cash Advance Limit | $0.00 |
| Days in Billing Period: 32 | |

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges and each month you pay... | You will pay off the balance shown on this statement in about... | And you will pay an estimated total of... |
|---|---|---|
| Only the Minimum Payment Due | 28 years | $65,678 |

If you would like information about credit counseling services, call 1-888-733-4139.

See page 2 for important information about your account.

⚠ Your account is past due.

Please refer to the **IMPORTANT NOTICES** section on **page 5.**

ⓘ **This statement is for information purposes only. This is not a bill. Please contact your collections agency for account information. Disregard the Minimum Payment Due, your account is in default and the balance is due in full.**

↓ Please fold on the perforation below, detach and return with your payment ↓

**Payment Coupon**
Do not staple or use paper clips

**Pay by Computer**
americanexpress.com/business

**Pay by Phone**
1-800-472-9297

**Account Ending ▮ 7002**
Enter 15 digit account # on all payments. Make check payable to American Express.

PARSA NAMAZI
GRAY ELEMENT
15511 SHERMAN WAY
APT 24
VAN NUYS CA 91406-4154

| Payment Due Date | **04/22/23** |
|---|---|
| New Balance | **$21,169.23** |
| Minimum Payment Due | **$3,252.00** |

See reverse side for instructions on how to update your address, phone number, or email.

AMERICAN EXPRESS
PO BOX 96001
LOS ANGELES CA 90096-8000

$ _____ . ____
Amount Enclosed

24 ⊣

EXHIBIT A

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your financial account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest on your Account. Call the Customer Care number on page 3 for more information about this balance computation method and how resulting interest charges are determined. *The method we use to calculate the ADB and interest results in daily compounding of interest.*

**Paying Interest:** Your due date is at least 25 days after the Closing Date of each billing period. We will not charge you interest on your purchases if you pay the New Balance by the due date each month. We will charge you interest on cash advances and (unless otherwise disclosed) balance transfers beginning on the transaction date.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the

highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments (such as airlines) will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

**Billing Dispute Procedures**

<u>What To Do If You Think You Find A Mistake On Your Statement</u>
If you think there is an error on your statement, write to us at:
American Express, PO Box 981535, El Paso TX 79998-1535
In your letter, give us the following information:
- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of Problem:* Describe what you believe is wrong and why you believe it is a mistake.
You must contact us:
- Within 60 days after the error appeared on your statement.
- At least 2 business days before an automated payment is scheduled, if you want to stop payment on the amount you think is wrong.
You must notify us of any potential errors in writing. You may call us, but if you do we may not follow these procedures and you may have to pay the amount in question.

<u>What Will Happen After We Receive Your Letter</u>
When we receive your letter, we will do two things:
1. Within 30 days of receiving your letter, we will tell you that we received your letter. We will also tell you if we have already corrected the error.
2. We will investigate your inquiry and will either correct the error or explain to you why we believe the bill is correct.
While we investigate whether or not there has been an error:
- We will not try to collect the amount in question.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.
After we finish our investigation, one of two things will happen:
- If we made a mistake: You will not have to pay the amount in question or any interest or other fees related to that amount.
- If we do not believe there was a mistake: You will have to pay the amount in question, along with applicable interest and fees. We will send you a statement of the amount you owe and the date payment is due. We may report you as delinquent if you do not pay the amount we think you owe.

**Change of Address, phone number, email**

- Online at **www.americanexpress.com/updatecontactinfo**
- Via mobile device
- Voice automated: call the number on the back of your card
- For name, company name, and foreign address or phone changes, please call Customer Care

**Please do not add any written communication or address change on this stub**

**Pay Your Bill with AutoPay**

Deduct your payment from your bank account automatically each month.

- Avoid late fees
- Save time

Visit **americanexpress.com/autopay** today to enroll.

For information on how we protect your privacy and to set your communication and privacy choices, please visit **www.americanexpress.com/privacy.**

EXHIBIT A

**Delta SkyMiles® Platinum Business Card**
GRAY ELEMENT
PARSA NAMAZI
Closing Date 03/28/23

SKYMILES

Account Ending ███ 7002

| 📞 **Customer Care & Billing Inquiries** | | |
|---|---|---|
| International Collect | **1-800-297-6200** | |
| Cash Advance at ATMs Inquiries | 1-623-492-7719 | |
| **Large Print & Braille Statements** | 1-800-CASH-NOW | |
| | **1-800-297-6200** | |

**Hearing Impaired**
Online chat at **americanexpress.com** or use **Relay dial 711** and **1-800-297-6200**

💻 **Website:** americanexpress.com

**Customer Care & Billing Inquiries**
P.O. BOX 981535
EL PASO, TX
79998-1535

**Payments**
PO BOX 96001
LOS ANGELES CA
90096-8000

---

## Fees

| | Amount |
|---|---|
| Total Fees for this Period | **$0.00** |

## Interest Charged

| | Amount |
|---|---|
| Total Interest Charged for this Period | **$0.00** |

**About Trailing Interest**
You may see interest on your next statement even if you pay the new balance in full and on time and make no new charges. This is called "trailing interest". Trailing interest is the interest charged when, for example, you didn't pay your previous balance in full. When that happens, we charge interest from the first day of the billing period until we receive your payment in full. You can avoid paying interest on purchases by paying your balance in full and on time each month. Please see the "When we charge interest" sub-section in your Cardmember Agreement for details.

## 2023 Fees and Interest Totals Year-to-Date

| | Amount |
|---|---|
| Total Fees in 2023 | $0.00 |
| Total Interest in 2023 | $0.00 |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 29.99% (v) | $0.00 | $0.00 |
| Cash Advances | 29.99% (v) | $0.00 | $0.00 |
| **Total** | | | **$0.00** |

(v) Variable Rate

## Miles Earned

▲ DELTA
SKYMILES

SkyMiles® Account Number: XXXXXX0713

EXHIBIT A

46                                                                    EXHIBIT A

GRAY ELEMENT
PARSA NAMAZI

Closing Date 03/28/23

p. 5/5

Account Ending ███7002

## IMPORTANT NOTICES

### EFT Error Resolution Notice

In Case of Errors or Questions About Your Electronic Transfers Telephone us at 1-800-IPAY-AXP for Pay By Phone questions, at 1-800-528-2122 for Pay By Computer questions, and at 1-800-528-4800 for AutoPay and at 1-800-CASH NOW for Express Cash questions. You may also write us at American Express, Electronic Funds Services, P.O. Box 981531, El Paso TX 79998-1531, or contact us online at www.americanexpress.com/inquirycenter as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1.  Tell us your name and account number (if any).
2.  Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3.  Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

*End of Important Notices.*

47

EXHIBIT A