Dennis Winters  CA Bar #89872
Winters Law Firm
23046 Avenida de la Carlota
Suite #600
Laguna Hills, CA 92653
Telephone: (714) 836-1381
Facsimile: (949) 388-3088
Email: winterslawfirm@cs.com
Counsel for American Express National Bank

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>PARSA NAMAZI *aw* SBD,<br><br>　　　　DEBTOR.<br>_____<br>AMERICAN EXPRESS NATIONAL BANK,<br><br>　　　　PLAINTIFF,<br><br>v.<br><br>PARSA NAMAZI *aw* SBD,<br><br>　　　　DEFENDANT.<br>_____ | CASE NO. 1:23-bk-10680-VK<br><br>CHAPTER 7<br><br>HON. VICTORIA S. KAUFMAN<br><br>ADV. NO. 1:23-ap-01034-VK<br><br>**STIPULATION TO JUDGMENT IN SETTLEMENT OF COMPLAINT OBJECTING TO DISCHARGEABILITY OF DEBT UNDER<br>11 U.S.C. §§ 523(a)(2)(A) AND 523(a)(14A)**<br><br>DATE: October 18, 2023<br>TIME: 01:30 PM<br>ROOM: Crtrm 301<br>　　　21041 Burbank Blvd,<br>　　　Woodland Hills, CA 91367 |

　　　Plaintiff, American Express National Bank ("American Express" or the "Plaintiff") and Defendant, Parsa Namazi *aw* SBD ("Defendant"), by and through their undersigned counsel, hereby stipulate as follows:

1. Judgment in the above matter shall be entered in favor of Plaintiff with regard to account number xxxx-xxxxxx-x7002 ("the Account") in the principal amount of $17,617.75, plus attorney's fees and costs of $1,650.00 for a total of $19,267.75 ("Judgment Amount"), representing a portion of the balance owed to Plaintiff by Defendant, and that said sum is non-dischargeable pursuant to 11 U.S.C. §§ 523(a)(2)(A) and 523(a)(14A).

2. The Defendant's obligation under this Stipulation to Judgment can be satisfied upon payment of the sum of $15,000.00 ("Settlement Amount") to Plaintiff as follows: $250.00 per month for sixty (60) consecutive months. The first payment will be due on or before October 1, 2023, with all subsequent payments being due on or before the first (1st) day of each subsequent month thereafter, until the Settlement Amount is paid in full. Upon payment of the Settlement Amount, the Judgment shall be satisfied.

3. Defendant shall submit his payments, made payable to AMERICAN EXPRESS directly c/o BECKET & LEE, LLP, P. O. BOX 3001, MALVERN, PA 19355 or at any future address designated by Plaintiff in writing. The Defendant shall reference his main bankruptcy case number (1:23-bk-10680-VK) on all tendered payments.

4. Plaintiff shall be allowed to contact the Defendant directly regarding payment and/or default under this Stipulation to Judgment. The Defendant understands that he must advise the Plaintiff in writing of any change of address until the Judgment has been satisfied. The Defendant's current mailing address is 15511 Sherman Way, Apt 24, Van Nuys, CA 91406-4154.

5. The Defendant may prepay all or any portion of the Settlement Amount at any time without penalty, provided that, if for any reason, in any month, the Defendant pays more than the amount due for that month under this Stipulation to Judgment, the Defendant shall

continue to be obligated under this Stipulation to Judgment to make the next monthly payment as scheduled. The payment in excess of the amount required under this Stipulation to Judgment shall shorten the Defendant's repayment schedule, but shall not, under any circumstances, entitle the Defendant to skip the next scheduled payment.

6. If Defendant should fall ten (10) days or more in arrears with respect to the Settlement Amount payment schedule herein, then Plaintiff shall be entitled to record and execute on the judgment entered by the Bankruptcy Court pursuant to this Stipulation to Judgment (less any payments made to date by the Defendant) and may also add attorneys' fees and costs incurred by Plaintiff from and after any such default in the pursuit and enforcement of its rights hereunder.

7. Any payments becoming due after Defendant has defaulted on any monthly payment, or after Defendant has furnished insufficient funds to Plaintiff, shall thereafter be made in the form of money order or certified funds.

8. Plaintiff remains entitled to distribution from the bankruptcy estate. Any amounts received from the bankruptcy estate in combination with any monies paid by Defendant, which exceed the account balance, shall be returned to Defendant.

9. In the event that Defendant's bankruptcy case is dismissed or discharge is denied or revoked, Plaintiff shall remain entitled to recover the full account balance as of the petition date, less credit given for all amounts received hereunder.

10. The Judgment herein shall be fully enforceable in all respects pursuant to the laws of the State of California, and/or the provisions of the United States Bankruptcy Code, and/or the laws of any states of the United States.

11. By signature below, the Defendant declares that this agreement represents a fully informed and voluntary agreement by the Defendant and does not impose any undue hardship on the Defendant or a dependent of the Defendant.

**WHEREFORE**, the parties pray this Honorable Court for an **ORDER** approving the instant Stipulation to Judgment and **CLOSING** the adversary matter.

Respectfully Submitted,

Dated: 8/31/2023          By: /s/ Dennis Winters
                              Dennis Winters  CA Bar #89872
                              Counsel for American Express National Bank

Dated: _____         By: _____
                              Eliza Ghanooni CA Bar #252063
                              Counsel for Defendant

Dated: 8-30-23            By: _____
                              Parsa Namazi aw SBD
                              Defendant