Dennis Winters  CA Bar #89872
**Winters Law Firm**
23046 Avenida de la Carlota
Suite #600
Laguna Hills, CA 92653
Telephone: (714) 836-1381
Email: winterslawfirm@cs.com
Counsel for American Express National Bank

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br>PARSA NAMAZI *aw* SBD,<br><br>　　　　　DEBTOR.<br>_____<br>AMERICAN EXPRESS NATIONAL BANK,<br><br>　　　　　PLAINTIFF,<br><br>　v.<br><br>PARSA NAMAZI *aw* SBD,<br><br>　　　　　DEFENDANT.<br>_____ | CASE NO. 1:23-bk-10680-VK<br><br>CHAPTER 7<br><br>HON. VICTORIA S. KAUFMAN<br><br>ADV. NO. 1:23-ap-01034-VK<br><br>**WITHDRAWAL OF DOCUMENT, DOCKET**<br><br>**# 5 VERSION OF STIPULATION**<br><br>DATE: October 18, 2023<br>TIME: 01:30 PM<br>ROOM: Crtrm 301<br>　　　21041 Burbank Blvd,<br>　　　Woodland Hills, CA 91367 |

　　　Due to Errata, Plaintiff withdraws **Document # 5** version of the Stipulation, which has been superseded by Docket # 7 version.

Dated: September 8, 2023

```
                                    /s/ Dennis Winters
```
　　　　　　　　　　　　　　　　　　　Dennis Winters
　　　　　　　　　　　　　　　　　　　Winters Law Firm
　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 23046 Ave. de la Carlota, Laguna Hills, CA 92653

A true and correct copy of the foregoing document entitled (*specify*) **WITHDRAWAL OF DOCUMENT, DOCKET # 5 VERSION OF STIPULATION.** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) <u>September 8, 2023,</u> I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Debtor's attorney eliza@ghanoonilaw.com

☐    Service information continued on attached page

2. <u>SERVED BY UNITED STATES MAIL</u>:  On (*date*) <u>September 8, 2023</u>, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐    Service information continued on attached page

3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)</u>:  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) <u>September 8, 2023,</u> I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**Chamber of Judge Kaufman 21041 Burbank Boulevard, Woodland Hills, CA 91367, Via Attorney Service**

☐    **Service** information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 8, 2023 | Dennis Winters | */s/Dennis Winters* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |